FENNEMORE CRAIG
SUITE 1400
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-6340 FAX (702) 384-4596

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART ANNOYANCES, LTD., a California corporation; RODERICK STEWART, an individual; and ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, a California professional corporation,<br><br>Defendants. | CASE NO.: CV-S-01-0459-LRH (PAL)<br><br><u>**ORDER**</u><br><u>**EXTENDING TIME**</u><br><u>**(FIRST REQUEST)**</u> |

-1-

1    Plaintiff Rio Properties, Inc. ("Rio") and defendants Stewart Annoyances, Ltd. and
2  Roderick Stewart (collectively the "Stewart defendants") hereby stipulate to extend the
3  due date for the Stewart defendants' opposition to Rio's Motion for Judgment As a Matter
4  of Law Filed January 16, 2008, from February 4, 2008, to and including February 12,
5  2008.  This is the first such extension sought in connection with the opposition.

6    The reason for the extension is the press of other business that has occupied
7  Stewart's counsel during the initial opposition period.  Further extensions of this deadline
8  are not contemplated.

Dated: January 31st, 2008

MORRIS PICKERING PETERSON
& TRACHOK

By: /s/ Kristina Pickering
Steve Morris, No. 1543
Kristina Pickering, No. 992
Denis Barton, No. 5579
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101

Attorneys for Plaintiff
Rio Properties, Inc.

It is so ordered.

January 31, 2008

MILLER BRONDESSS, LLP

CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO, LLP

FENNEMORE CRAIG, P.C.

By: /s/ John H. Mowbray
John H. Mowbray No. 1140
300 South Fourth Street
Las Vegas, NV  89101

Attorneys for Defendants
Stewart Annoyances, Ltd. and
Roderick Stewart

ORDER

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 4, 2008