UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEWART ANNOYANCES, LTD., a California corporation; RODERICK STEWART, an individual; and ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, a California professional corporation,<br><br>Defendants. | Case No. 2:01-cv-0459-LRH-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME**<br><br>**(FIRST REQUEST)** |

Plaintiff Rio Properties, Inc. ("Rio") and defendants Stewart Annoyances, Ltd. and Roderick Stewart (collectively the "Stewart defendants") hereby stipulate to extend the due date for Rio's Reply to the Stewart Defendants' February 12, 2008 Opposition (Dkt. No. 498) to Rio's January 16, 2008 Motion for Judgment As a Matter of Law (Dkt. No. 483) a period of eight days, from Wednesday, February 27, 2008 to Monday, March 10, 2008. This is the first such extension sought in connection with the Reply.

The reason for the extension is minor surgery undergone by one of Rio's lawyers and the press of other business that has occupied Rio's counsel during the initial Reply period. Further extensions of this deadline are not contemplated.

Dated: February 21, 2008

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
Steve Morris, No. 1543
Kristina Pickering, No. 992
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Attorneys for Plaintiff
Rio Properties, Inc.

Dated: February 21, 2008

MILLER BARONDESS, LLP

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

FENNEMORE CRAIG, P.C.

By: /s/ John H. Mowbray
John H. Mowbray, No. 1140
300 South Fourth Street
Suite 1400
Las Vegas, NV 89101

Attorneys for Defendants
Stewart Annoyances, Ltd. and
Roderick Stewart

## ORDER

It is so ordered.

/s/ [signature]

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2008