UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIO PROPERTIES, INC. a Nevada corporation,<br><br>        Plaintiff,<br><br> v.<br><br>STEWART ANNOYANCES, LTD., a California corporation; RODERICK STEWART, an individual; and ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, a California professional corporation,<br><br>        Defendants. | 02:01-CV-00459-LRH-PAL<br><br>ORDER |

        Presently before the court is a Motion to Retax Costs (# 478[1]) filed by defendants Stewart Annoyances, Ltd. and Roderick Stewart (collectively "Stewart"). Rio Properties Inc. ("Rio") has filed an opposition (# 489), and Stewart replied (# 493).

        On December 21, 2007, the Clerk of the court denied Stewart's bill of costs "as there is currently no prevailing party in this Court." (Dec. 21, 2007 Clerk's Mem. (# 477)). Stewart argues this decision was erroneous because the existence of a prevailing party is not relevant to an award of appellate costs. Rio opposes the motion arguing that Stewart was only partially successful on

---

[1]Refers to the court's docket number.

appeal and is not entitled to costs.  In addition, Rio argues that the written agreement between Rio and Stewart provides that the "prevailing party" is entitled to attorneys' fees and costs.  According, Rio argues, Stewart's motion is premature as there is no prevailing party.

The court finds that consideration of fees and costs is premature at this juncture.  In its objections to Stewart's bill of costs, Rio asserts that the parties' agreement has two provisions that alter the cost allocation contemplated by Rule 39.  Because there are issues of fact regarding the interpretation of the agreement, the court will defer ruling on the issue of costs until those factual questions are resolved.

IT IS THEREFORE ORDERED that Stewart's Motion to Retax Costs (# 478) is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED this 20th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE