JOINTLY SUBMITTED
BY ALL PARTIES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEWART ANNOYANCES, LTD., a California corporation; RODERICK STEWART, an individual; and ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, a California professional corporation,<br><br>Defendants. | Case No. 2:01-cv-0459-LRH-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT AND FOR RIO TO MOVE TO AMEND JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Rio Properties, Inc. ("Rio") and defendants Stewart Annoyances, Ltd. and Roderick Stewart (collectively "Stewart") hereby stipulate to extend the due date for the parties to submit the Joint Status Report and for Rio to file its motion to amend the Joint Pretrial Order a period of eight days, from Monday, July 21, 2008, to Monday, July 28, 2008. This is the first such extension sought in connection with deadlines imposed by the court's Order of February 7, 2008, Docket No. 497, as triggered by the Order entered June 19, 2008, Docket No. 515.

As required by the Court's Order, the parties have met and conferred respecting the matters required to be addressed by Docket No. 497. The parties have exchanged and are in the process of finalizing September 26, 2008 as the date for the settlement conference and should be in a position to confirm that date and the proposed trial dates by July 28, 2008. Stewart and Rio have not agreed on the amendment to the Joint Pretrial Order proposed by Rio, so motion practice will be required to resolve this issue. Rio's counsel has had trial and other commitments that require the one week extension request of the deadline to file the motion to amend also to July 28, 2008.

Further extensions of these deadlines are not contemplated.

Dated: July 18, 2008

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering

Steve Morris, No. 1543
Kristina Pickering, No. 992
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Attorneys for Plaintiff
Rio Properties, Inc.

Dated: July 18, 2008

MILLER BARONDESS, LLP

FENNEMORE CRAIG, P.C.

By: /s/ John H. Mowbray

John H. Mowbray, No. 1140
300 South Fourth Street
Suite 1400
Las Vegas, NV 89101

Attorneys for Defendants
Stewart Annoyances, Ltd. and
Roderick Stewart

**ORDER**

It is so ordered.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2008

2