1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEWART ANNOYANCES, LTD., a California corporation; RODERICK STEWART, an individual; and ARMSTRONG HIRSCH JACKOWAY TYERMAN & WERTHEIMER, a California professional corporation,<br><br>Defendants. | Case No.  2:01-cv-0459-LRH-PAL<br><br><br><br>**STIPULATION AND ORDER EXTENDING TIME**<br><br>**(FIRST REQUEST)** |

Plaintiff Rio Properties, Inc. ("Rio") and defendants Stewart Annoyances, Ltd. and Roderick Stewart (collectively the "Stewart defendants") hereby stipulate to extend the due date for Rio's Reply to the Stewart Defendants' August 15, 2008 Opposition (Dkt. No. 524) to Rio's July 28, 2008 Motion to Modify the Joint Pretrial Order (Dkt. No. 523) a period of seven days, from Friday, August 29, 2008 to Tuesday, September 9, 2008.  This is the first such extension sought in connection with the Reply.

The reason for the extension is that the briefing fell on dates committed to final pretrial proceedings in another case on a stacked calendar in the Eighth Judicial District Court for September 8, 2008 and, as a result, an additional week is needed to complete the briefing on this motion.

Further extensions are not contemplated.

Dated: August 28, 2008

MORRIS PICKERING & PETERSON

By:_____/s/_____
    Steve Morris, No. 1543
    Kristina Pickering, No. 992
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, NV  89101

Attorneys for Plaintiff
Rio Properties, Inc.

Dated: August 28, 2008

MILLER BARONDESS, LLP

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP

FENNEMORE CRAIG, P.C.

By:_____/s/_____
    John H. Mowbray, No. 1140
    300 South Fourth Street
    Suite 1400
    Las Vegas, NV  89101

Attorneys for Defendants
Stewart Annoyances, Ltd. and
Roderick Stewart

**ORDER**

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
DATED: September 2, 2008